# EXHIBIT 4

| | |
|---|---|
| 1 | STEPHEN M. HAYES (SBN 83583) |
| 2 | RYAN Z. KELLER (SBN 249193) |
| | HAYES SCOTT BONINO & ELLINGSON |
| 3 | GUSLANI SIMONSON & CLAUSE, LLP |
| | 999 Skyway Road, Suite 310 |
| 4 | San Carlos, California 94070 |
| | Telephone: (650) 637-9100 |
| 5 | Facsimile: (650) 637-8071 |

ELECTRONICALLY FILED BY
Superior Court of California,
County of Monterey
On 8/06/2020
By Deputy: Cummings, Lorielle

Attorneys for Defendant,
CALIFORNIA MUTUAL INSURANCE COMPANY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF MONTEREY

| | |
|---|---|
| THE INNS BY THE SEA, a California Corporation, | CASE NO. 20CV001274 |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING DEFENDANT CALIFORNIA MUTUAL INSURANCE COMPANY'S DEMURRER TO PLAINTIFF'S COMPLAINT |
| CALIFORNIA MUTUAL INSURANCE COMPANY, a California Corporation, and DOES 1 through 25, Inclusive, | MATTER DEEMED COMPLEX, and assigned for All Purposes to Judge Lydia M. Villareal |
| Defendants. | Hearing Date: August 4, 2020<br>Time: 8:30 a.m.<br>Dept.: 13 |
| | Action Filed: April 20, 2020<br>Trial: None Set |

Defendant CALIFORNIA MUTUAL INSURANCE COMPANY's ("California Mutual") Demurrer to the Complaint filed by Plaintiff The Inns by the Sea ("Plaintiff") came before the Honorable Lydia M. Villarreal in Department 13 on <u>August 4</u>, 2020. The Court, having reviewed the papers filed in support of and in opposition to, and good cause appearing therefor, the Court hereby makes the following orders:

1. IT IS HEREBY ORDERED that the California Mutual's Demurrer to Plaintiff's <u>entire Complaint</u> is sustained without leave to amend on the grounds that the allegations fail to state facts sufficient to constitute a cause of action.

**IT IS SO ORDERED.**

Dated: **August 6, 2020**, 2020

_____
Judge Lydia M. Villarreal
Judge of the Superior Court of Monterey

.

| | |
|---|---|
| 1 | **CASE NAME:** The Inns by the Sea v. California Mutual Insurance Company, et al. |
| | **CASE NO.:** Monterey County Action No.: 20CV001274 |

## PROOF OF SERVICE

I am a resident of the State of California. My business address is 999 Skyway Road, Suite 310, San Carlos 94070. I am employed in the County of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**[PROPOSED] ORDER GRANTING DEFENDANT CALIFORNIA MUTUAL INSURANCE COMPANY'S DEMURRER TO PLAINTIFF'S COMPLAINT**

☒ (BY EMAIL) [WITH PRIOR APPROVAL] by transmitting via email the document(s) listed above to the corresponding email address(es), or as stated on the attached service list, on this date before 5:00 p.m.

| | |
|---|---|
| Tyler Roberts Meade | Michael Joseph Reiser, Esq. |
| The Meade Firm, P.C. | Reiser Law |
| 12 Funston Avenue, Suite A | 1475 N Broadway, Suite 300 |
| San Francisco, California 94129 | Walnut Creek, California 94596-4643 |
| Telephone: 415.724.9600 | Telephone: 925.256.0400 |
| Facsimile: Not Available | Facsimile: 925.476.0304 |
| Email: tyler@meadefirm.com | Email: michael@reiserlaw.com |
| cc Email: sam@meadefirm.com; and seena@meadefirm.com; | cc Email: michaeljr@reiserlaw.com; matthew@reiserlaw.com; isabella@reiserlaw.com; and debbie@reiserlaw.com |
| *Attorneys for Plaintiff The Inns by the Sea* | |
| | *Attorneys for Plaintiff The Inns by the Sea* |

☒ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 18, 2020 at San Carlos, California.

_____
Dolores A Mayorga

-1-
**PROOF OF SERVICE – CASE NO. 20CV001274**