# EXHIBIT E

Eric L. Harrison - ID #033381993
METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
1(732) 248-2355
harrison@methwerb.com
Attorneys for Franklin Mutual Insurance Company
Our File No.  89286 ELH

| | |
|---|---|
| OPTICAL SERVICES USA/JCI, OPTICAL SERVICES USA, LLC, OPTICAL SERVICES USA-WO, RE & LE HOLDING LLC, STONG OD EWING NJ, LLC<br><br>         Plaintiffs,<br>V.<br><br>FRANKLIN MUTUAL INSURANCE COMPANY<br><br>         Defendant. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION:  BERGEN COUNTY<br>DOCKET NO.: BER-L-3681-20<br><br>Civil Action<br><br><br>**ORDER** |

**THIS MATTER** having been brought before the Court by way of Motion of Methfessel & Werbel, attorneys for defendant(s), Franklin Mutual Insurance Company, seeking an Order for Dismissal, and the Court having reviewed the moving papers, any opposition thereto, oral argument having been heard, and for other good cause having been shown;

**IT IS** on this **13th day** of **August, 2020**;

**ORDERED** ~~that plaintiff's Complaint and any and all Crossclaims be and is hereby dismissed~~ **DENIED\***; and it is further

**ORDERED** that the Court provides a copy of this Order to all counsel of record on this date via eCourts Civil. Movant is directed to serve a copy of this Order within seven (7) days of the date hereof on all parties not served electronically via regular and certified mail return receipt requested.

*[signature]*
Hon. Michael N. Beukas, J.S.C.

OPPOSED

\* The Motion is denied for the reasons stated at length on the record.