# EXHIBIT G

SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN DIEGO
CENTRAL

MINUTE ORDER

DATE: 09/30/2020                TIME: 12:50:00 PM        DEPT: C-67
JUDICIAL OFFICER PRESIDING: Martin W. Staven
CLERK: Patricia Ashworth
REPORTER/ERM: Not Reported
BAILIFF/COURT ATTENDANT:

CASE NO: **37-2020-00015679-CU-IC-CTL**   CASE INIT.DATE: 05/26/2020
CASE TITLE: **BEST REST MOTEL INC VS SEQUOIA INSURANCE COMPANY [IMAGED]**
CASE CATEGORY: Civil - Unlimited     CASE TYPE: Insurance Coverage

## APPEARANCES

The Court, having taken the above-entitled matter under submission on 09/25/2020 and having fully considered the arguments of all parties, both written and oral, as well as the evidence presented, now rules as follows:

Plaintiff dismissed Amtrust North America, Inc. for insurance coverage on June 26, 2020, so Amtrust's demurrer is moot.

Defendant Sequoia Insurance Co.'s demurrer to the complaint of plaintiff Best Rest Motel, Inc., dba Holiday Inn Express Old Town complaint is overruled. There are questions outside the complaint whether there is insurance coverage under this policy as a result of the coronavirus pandemic. Judicial notice is granted to defendant's exhibits 1-3, the various executive orders. The court grants judicial notice of exhibit 4, Department of Insurance "FAQ on business interruption insurance and other issues affecting California small businesses", and exhibits 5 and 6, the press releases, but not for the truth of the matters asserted therein.

Plaintiff's request for judicial notice of exhibits 1 and 2 are granted to the extent the County of San Diego Health and Human Services Agency, Public Health Services, Epidemiology and Immunization Services Branch; "County of San Diego – Coronavirus Disease 2019 (COVID-19) Interactive Data Set – Confirmed Cases by City" for the City of San Diego; (accessed September 14, 2020) published data, but not the for truth of the matters asserted.

Plaintiff's objections to the cases cited by defendant in the reply are overruled. There are sufficient facts alleged in the complaint to withstand a demurrer.

Defendant shall file and serve an answer by October 15 , 2020.

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | |
|---|---|
| Central<br>330 West Broadway<br>San Diego, CA 92101 | |
| **SHORT TITLE:** BEST REST MOTEL INC VS SEQUOIA INSURANCE COMPANY [IMAGED] | |
| **CLERK'S CERTIFICATE OF SERVICE BY MAIL** | CASE NUMBER:<br>**37-2020-00015679-CU-IC-CTL** |

I certify that I am not a party to this cause. I certify that a true copy of the Minute Order 09/30/2020 was mailed following standard court practices in a sealed envelope with postage fully prepaid, addressed as indicated below. The mailing and this certification occurred at <u>San Diego</u>, California, on <u>09/30/2020</u>.

Clerk of the Court, by: _P. Ashworth_____, Deputy

SARA M THORPE
NICOLAIDES FINK THORPE LLP
101 MONTGOMERY STREET # 2300
SAN FRANCISCO, CA 94104

CHARLES S LIMANDRI
9120
RANCHO SANTA FE, CA 92067

☐ Additional names and address attached.