## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ZAGAFEN BALA, LLC,** | : | **CIVIL ACTION** |
| **VK TAVERN, LLC,** | : | |
| **VINTAGE KOSHER, LLC,** | : | |
| **REAL FRESH, INC.,** | : | |
| *individually and on behalf* | : | |
| *of all others similarly* | : | |
| *situated,* | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **No. 20-3033** |
| | : | |
| **TWIN CITY FIRE INSURANCE** | : | |
| **COMPANY,** | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this **14th** day of **January 2021**, upon consideration of Defendant's Motion to Dismiss (ECF No. 25), Plaintiffs' response in opposition (ECF No. 27), Defendant's reply in support (ECF No. 28), and Plaintiffs' sur-reply in opposition (ECF No. 29), it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF No. 25) is **GRANTED**.

It is **FURTHER ORDERED** that Plaintiff's Amended Complaint (ECF No. 15) is **DISMISSED** with prejudice. The Clerk of Court is directed to close this matter.

**BY THE COURT:**

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**