# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ZAGAFEN BALA, LLC,** <br> **VK TAVERN, LLC,** <br> **VINTAGE KOSHER, LLC,** <br> **REAL FRESH, INC.,** <br> *individually and on behalf of all others similarly situated,* <br><br> *Plaintiffs,* <br><br> v. <br><br> **TWIN CITY FIRE INSURANCE COMPANY,** <br> *Defendant.* | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION <br><br><br><br><br><br><br><br><br> No. 20-3033 |

## ORDER

**AND NOW**, this **17th** day of **February 2021**, upon consideration of Plaintiffs' Motion Pursuant to Fed. R. Civ. P. 60(b) For Relief From the Order Entered on January 14, 2021 Dismissing the Complaint (ECF No. 32), it is hereby **ORDERED** that Plaintiffs' Motion (ECF No. 32) is **DENIED**.

**BY THE COURT:**

/s/  Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**